

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

**GRAVES, Presiding Judge.**

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.

The complaint and information and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

**BELCHER, Commissioner.**

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except a dismissal of the appeal.

The appeal is dismissed.

Opinion approved by the Court.

## WILLIAMS v. STATE.

### No. 26270.

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

## RATLIFF v. STATE.

### No. 26271.

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.